# United States Court of Appeals for the Federal Circuit

---

**UPL NA INC.,**
*Appellant*

**v.**

**TIDE INTERNATIONAL (USA), INC.,**
*Appellee*

---

2022-1514

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01113.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 14, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court